ATTORNEY GENERAL v PUBLIC SERVICE COMMISSION

Docket No. 88076. Submitted November 6, 1986, at Lansing. Decided December 22, 1986. Leave to appeal denied, 428 Mich 880.

Michigan Consolidated Gas Company applied to the Public Service Commission for permission to adopt a gas cost recovery clause to enable it to adjust its rates to recover reasonably and prudently incurred booked costs for gas sold. The PSC granted permission and approved the applicant's gas cost recovery plan. The Attorney General and Residential Ratepayer Consortium appealed to the Ingham Circuit Court. The court, Thomas L. Brown, J., held that the statutory section allowing incorporation into its rates each month of gas cost recovery factors previously approved was not repealed by implication and that the gas cost recovery clause in question did not violate the act creating the Public Service Commission by exempting an unnamed class of ratepayers from its provisions. The Attorney General appealed.

The Court of Appeals *held:*

1. MCL 460.6h(9); MSA 22.13(6h)(9) was not repealed by implication.

2. The gas cost recovery clause did not violate the public service commission act by exempting an unnamed class of ratepayers.

Affirmed.

*Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Hugh B. Anderson* and *John L. Scherbarth,* Assistant Attorneys General, for the Attorney General.

*Don L. Keskey* and *R. Philip Brown,* Assistant Attorneys General, for the Public Service Commission.

*Foster, Swift, Collins & Coey, P.C.* (by *William K. Fahey*), for defendant Michigan Consolidated Gas Company.

Before: D. E. HOLBROOK, JR., P.J., and ALLEN and P. J. CLULO,* JJ.

PER CURIAM. The Attorney General appeals as of right from the opinion and order of the circuit court affirming the orders of the Michigan Public Service Commission in Case No. U-7479, authorizing Michigan Consolidated Gas Company to implement a gas cost recovery clause in its utility rate schedules pursuant to MCL 460.6a and 460.6b; MSA 22.13(6a) and 22.13(6b), and in Case No. U-7480 approving Michigan Consolidated's plan for implementation of that clause pursuant to MCL 460.6h-6i; MSA 22.13(6h)-(6i), for collection from customer billing during the period from April to December, 1983.

We adopt the opinion of the circuit court with respect to the Attorney General's two legal arguments on appeal and hold: (1) that MCL 460.6h(9); MSA 22.13(6h)(9) was not repealed by implication since that section is not incompatible with MCL 460.6a(1) and (2); MSA 22.13(6a)(1) and (2); and (2) that the gas cost recovery clause as authorized by the MPSC does not violate 1939 PA 3, as amended by 1982 PA 304; MCL 460.1 *et seq.;* MSA 22.13(1) *et seq.,* even though it permits the exemption of an unnamed class of ratepayers from its provisions. We therefore reject the Attorney General's claims and affirm the circuit court's order.

Affirmed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.